Matter of Vice (2024 NY Slip Op 04111)

Matter of Vice

2024 NY Slip Op 04111

Decided on August 1, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:August 1, 2024

PM-152-24
[*1]In the Matter of Hannah Jean Vice, an Attorney. (Attorney Registration No. 5724356)

Calendar Date:July 29, 2024

Before:Garry, P.J., Clark, Aarons, Pritzker and Mackey, JJ.

Hannah Jean Vice, Grass Valley, California, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Hannah Jean Vice was admitted to practice by this Court in 2019 and lists an address in Grass Valley, California with the Office of Court Administration. Vice now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Vice's application.
Upon reading Vice's affidavit sworn to June 25, 2024 and filed June 28, 2024, and upon reading the July 23, 2024 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Vice is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Clark, Aarons, Pritzker and Mackey, JJ., concur.
ORDERED that Hannah Jean Vice's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Hannah Jean Vice's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Hannah Jean Vice is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Vice is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Hannah Jean Vice shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.